**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7543**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JEFFREY R. MACDONALD,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (3:75-cr-00026-F-1)

Submitted:  March 22, 2016          Decided:  March 31, 2016

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey R. MacDonald, Appellant Pro Se.  John Stuart Bruce, Acting United States Attorney, Leslie Katherine Cooley, Jennifer P. May-Parker, Assistant United States Attorneys, Brian Michael Murtagh, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey R. MacDonald appeals the district court's order denying his motion for additional DNA testing pursuant to the Innocence Protection Act, 18 U.S.C. §§ 3600 to 3600A (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. MacDonald, No. 3:75-cr-00026-F-1 (E.D.N.C. Aug. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED